**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 97-1630**

_____

JONATHAN IDEMA,

Appellant,

and

PATRICIA DAWN GLOSSON,

Plaintiff,

versus

EQUIFAX CREDIT INFORMATION SERVICES, INCORPO-
RATED, a/k/a Equifax, a/k/a Equifax Options,
a/k/a Equifax Credit Info Services,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Raleigh. W. Earl Britt, Senior District
Judge. (CA-95-104-5-BR)

_____

Submitted: July 22, 1998           Decided: July 31, 1998

_____

Before ERVIN, MICHAEL, and MOTZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Jonathan Idema, Appellant Pro Se. Michael Edmond Weddington, SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order imposing sanctions under Fed. R. Civ. P. 11. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Idema v. Equifax Credit Info. Serv.</u>, No. CA-95-104-5-BR (E.D.N.C. Apr. 28, 1997). We deny Appellant's motion for appointment of counsel. We further dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>